### BROWNE GRAIN CO. et al. v. MILLER.

(Court of Civil Appeals of Texas. San Antonio. Jan. 3, 1912. Rehearing Denied Jan. 31, 1912.)

APPEAL AND ERROR (§ 387*)—APPEAL BOND—TIME OF FILING.

An appeal bond, not filed within 30 days from the notice of appeal, where the term of court at which the judgment was rendered was authorized to continue for more than 8 weeks, or not filed within 20 days after adjournment in case of a shorter term than 8 weeks, is not filed in time, and the Court of Civil Appeals acquires no jurisdiction.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2064–2070; Dec. Dig. § 387.*]

Appeal from Gonzales County Court; W. B. Green, Judge.

Action between the Browne Grain Company and another and R. D. Miller. From a judgment for the latter, the former appeal. Dismissed.

Clark & Bliss, for appellants. Harwood & Miller, for appellee.

JAMES, C. J. At a previous day of this term, we reversed the judgment of the county court and rendered judgment for the appellants.

By motion of appellee for rehearing, our attention is called to the fact that the appeal bond was not filed in time. We find that the judgment was rendered on December 2, 1910, and notice of appeal given same day. The bond was filed on January 6, 1911. The court adjourned December 9, 1910. Appellee has annexed to his motion certificates from the county clerk, showing that the term was authorized to last three weeks. The appellant is shown by the record to be a nonresident of the county. The above showing is unnecessary to support this motion to dismiss. If the term had been one which was authorized to continue more than 8 weeks, the appeal bond was not filed within 30 days from the notice of appeal. If a shorter term than 8 weeks, the bond was not filed within 20 days after adjournment. The matter is jurisdictional with this court. Sanger v. Burge, 44 S. W. 871; Railway v. Whatley, 99 Tex. 128, 87 S. W. 819.

The former opinion and judgment are withdrawn, and an order will be entered, dismissing the appeal.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes